HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NATHANIEL DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL DIAZ,<br><br>Defendant. | Case No. 1:25-cr-00052-KES-BAM<br><br>**STIPULATION TO CONTINUE DETENTION HEARING; ORDER**<br><br>Date:  May 1, 2025<br>Time:  2:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Nathaniel Diaz, that the Court may continue the detention hearing currently scheduled for April 28, 2025, to May 1, 2025, at 2:00 p.m.

Defense counsel has identified several family members who are willing to provide housing to Mr. Diaz, and more investigation is needed to identify the most suitable residence. The parties agree that good cause exists to continue the detention hearing to ensure Pretrial Services Office has sufficient time to conduct interviews and draft a report upon defense's identification of a suitable residence.  The government will continue to argue for the defendant's detention, but the parties request that the Court continue the detention hearing to May 1, 2025, at 2:00 p.m.

///

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: April 24, 2025     */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2025     */s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
NATHANIEL DIAZ

## **O R D E R**

**IT IS SO ORDERED.** The detention hearing scheduled for April 28, 2025, is hereby continued to May 1, 2025, at 2:00 p.m. The Court finds that good cause exists to continue the hearing beyond the five-day limitation in 18 U.S.C. § 3142(f).

IT IS SO ORDERED.

Dated:  **April 24, 2025**

STANLEY A. BOONE
United States Magistrate Judge