Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655

Attorney for Nathaniel Diaz

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.,<br><br>NATHANIEL DIAZ.<br><br>  Defendant. | CASE No:  1:25-CR-00052-KES-BAM<br><br>STIPULATION AND ORDER<br>FOR CONTINUANCE OF STATUS<br>CONFERENCE<br><br>Date: December 10, 2025<br>Time: 1:00 p.m.<br>Court: Hon. Barbara A. McAuliffe |

   Defendant Nathaniel Diaz by and through his counsel of record and Plaintiff United States of America, by and through its counsel of record hereby stipulate as follows:

   1.   By previous order, this matter was set for a status conference on December10, 2025.
   2.   By this stipulation, Nathaniel Diaz now moves to continue the status conference to April 8, 2026, and to exclude time between December 10, 2025 and April 8, 2026 pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv).
   3.   The parties agree and stipulate, and request that the Court find the following:
        a)   The government provided initial discovery to the defense. The discovery generally consisted of law enforcement reports, bodycam footage and photographs.  Additional discovery was or will be provided to the defense as received by the government.
        b)   The government extended a plea offer in June 2025.  The parties require additional time to discuss potential resolution of this case via a plea

agreement.

    c) Defense counsel requests additional time to conduct her own independent investigation and discuss with Mr. Diaz his options.

    d) The defendant asks the Court to exclude time between December 10, 2025 and April 8, 2026.

IT IS SO STIPULATED.

Dated: December 2, 2025                   s/s Barbara Hope O'Neill
                                               Attorney for Nathaniel Diaz

Dated: December 2, 2025                   s/s David Gappa
                                               Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the status conference is continued from December 10, 2025, to **April 8, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **December 2, 2025**            /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE

.